# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 13-2282      Short Title: Hearst-Argyle Television v. A

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Aereo, Inc. _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Matthew C. Berntsen          10/31/2013
Signature                         Date

Matthew C. Berntsen
Name

Fish & Richardson P.C.           617-542-5070
Firm Name (if applicable)        Telephone Number

One Marina Park Drive            617-542-8906
Address                          Fax Number

Boston, MA 02110                 berntsen@fr.com
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1160946

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).