No. 13-2282

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

HEARST STATIONS INC., d/b/a WCVB-TV

*Plaintiff-Appellant*

v.

AEREO, INC.

*Defendant-Appellee*

2013 NOV 22 P 4: 05

On Appeal from the U.S. District Court for the District of Massachusetts
(No. 1:13-cv-11649-NMG)

**APPELLEE'S MOTION TO SEAL SUPPLEMENTAL APPENDIX**

November 22, 2013

R. David Hosp
Mark S. Puzella
Christopher Dillon
Sheryl Koval Garko
Elizabeth E. Brenckman
Matthew C. Berntsen
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

*Attorneys for Appellee Aereo, Inc.*

Pursuant to Local Rules 11(c) and 30(g), Appellee Aereo, Inc. ("Aereo") hereby moves this Court to seal a Supplemental Appendix containing the materials listed below in connection with this appeal. Copies of these materials are attached hereto as Exhibit A. Aereo intends to file the Supplemental Appendix immediately after Appellant Hearst Stations Inc. files its Principal Brief and Record Appendix.

| D. Mass. Dkt. No. | Document Description | Docket Date |
|---|---|---|
| 43 | Declaration of Paul Horowitz in Support of Aereo's Opposition to Hearst's Motion for a Preliminary Injunction | August 21, 2013 |
| 43 | Declaration of Paul Horowitz, Exhibit 1 | August 21, 2013 |
| 44 | Declaration of Joseph Lipowski in Support of Aereo's Opposition to Hearst's Motion for a Preliminary Injunction | August 21, 2013 |
| 44 | Declaration of Joseph Lipowski, Exhibit 1 | August 21, 2013 |
| 45 | Declaration of Chaitanya Kanojia in Support of Aereo's Opposition to Hearst's Motion for a Preliminary Injunction | August 21, 2013 |

The above-identified Declarations and Exhibits contain highly confidential information that is so competitively sensitive it is entitled to extraordinary protection. In particular, this information concerns the highly confidential methods by which the Aereo technology operates, as well as Aereo's proprietary financial information and business strategies. The above-identified Declarations and

Exhibits have already been filed under seal with the district court below. *See* Electronic Order, Dkt. No. 57, August 21, 2013 (granting Aereo's Motion to Seal).

Because the documents contain highly sensitive information and have already been sealed by the district court, Aereo intends to file the documents with the Court in a Supplemental Appendix and hereby requests that the Court grant Aereo's Motion to seal the Supplemental Appendix. Aereo requests that the Court maintain the Supplemental Appendix under seal until further order of the Court.

DATED: November 22, 2013

Respectfully submitted,

R. David Hosp
U.S. Court of Appeals Bar No. 69830
Mark S. Puzella
U.S. Court of Appeals Bar No. 104302
Christopher Dillon
U.S. Court of Appeals Bar No. 76305
Sheryl Koval Garko
U.S. Court of Appeals Bar No. 1160812
Elizabeth E. Brenckman
U.S. Court of Appeals Bar No. 1160943
Matthew C. Berntsen
U.S. Court of Appeals Bar No. 1160946
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: hosp@fr.com
puzella@fr.com
dillon@fr.com
garko@fr.com
brenckman@fr.com
berntsen@fr.com

*Attorneys for Appellee Aereo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, this document was served by electronic mail on all counsel of record.

                                                  /s/ R. David Hosp