UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

HEARST STATIONS INC.,
d/b/a WCVB-TV,

    Plaintiff-Appellant,

v.

AEREO, INC.,

    Defendant-Appellee.

No. 13-2282

**JOINT MOTION TO STAY PROCEEDINGS
PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *ABC V. AEREO***

    Plaintiff-Appellant Hearst Stations Inc., d/b/a WCVB-TV ("Hearst") and Defendant-Appellee Aereo, Inc. ("Aereo") jointly move for a stay of this appeal pending the United States Supreme Court's decision in *American Broadcasting Companies, et al. v. Aereo, Inc.*, No. 13-461 (hereinafter "*ABC v. Aereo*"). *See* Exhibit A, Orders List, Jan. 10, 2014.

    *ABC v. Aereo* is the appeal from the Second Circuit's affirmance of the Southern District of New York's denial of the plaintiff broadcasters' motion for a preliminary injunction. The Supreme Court granted certiorari on January 10, 2014, thereby agreeing to address the question central to the primary claim advanced by the plaintiff broadcasters in New York (which is also the primary claim advanced by Hearst in the action below): whether Aereo "performs publicly" under Sections 101 and 106 of the Copyright Act. Although the Supreme Court has not yet set a date for argument, it is expected that argument will occur in April 2014 and the case will be

decided by the conclusion of the Court's Term in June 2014.[1] To preserve the parties' finite resources, to promote judicial efficiency and economy, and to avoid duplicative or contradictory proceedings, both parties agree and request that this appeal should be stayed pending the Supreme Court's decision. The parties have already sought, and obtained, a stay of proceedings in the District of Massachusetts. *See* Order, *Hearst Stations Inc. v. Aereo, Inc.*, No. 1:13-cv-11649-NMG (Docket #79) (Jan. 15, 2014).

Courts in the First Circuit and elsewhere routinely grant stays pending a decision by the Supreme Court where the Supreme Court has granted certiorari in a case presenting an identical legal issue. *See*, *e.g.*, Order, *Holmes v. Spencer*, No. 09-2431 (1st Cir. Oct. 13, 2010) (granting motion to stay briefing pending Supreme Court review of issue raised on appeal); *LaMarche v. Bell*, No. 04-CV-69-SM, 2006 WL 3359022, at *1 (D.N.H. Nov. 17, 2006); *see also Marshel v. AFW Fabric Corp.*, 552 F.2d 471, 472 (2d Cir. 1977) (per curiam) (staying further proceedings pending resolution by the Supreme Court of a case upon which the question of liability would "in all likelihood[] turn"); *Strait v. Specialty Equip. Cos.*, No. 92 C 20318, 1992 WL 391292, at *2 (N.D. Ill. Dec. 24, 1992) (granting stay pending Supreme Court decision in a case presenting "precisely the same issue"); *Mississippi Band of Choctaw Indians v. Mississippi*, Civ. A. No. J90-0386(B), 1991 WL 255614, at *5 (S.D. Miss. Apr. 9, 1991) (granting stay of case pending Supreme Court ruling because it involved "the same issue that currently faces this Court . . . [and

---

[1] The Court is scheduled to sit for oral arguments on April 21-23 and 28-30, 2014. *See* http://www.supremecourt.gov/oral_arguments/2013termcourtcalendar.pdf. No cases have yet been set for argument during those sittings, though the last cases in which certiorari was granted have been set for argument during the preceding sitting, March 31-April 2. *See* http://www.supremecourt.gov/orders/grantednotedlist.aspx?Filename=13grantednotedlist.html. For this reason, it is expected that those cases as to which certiorari was granted on January 10 will be set for argument in April. *See*, *e.g.*, Lyle Denniston, SCOTUSBlog.com (Jan. 10, 2014) ("The new cases probably will be argued in April — the last sitting of the Term."), *at* http://www.scotusblog.com/2014/01/court-grants-eight-cases-2/.

hence] the interests of judicial economy and justice would be best served by staying all proceedings in this action until such time as further guidance is forthcoming from the United States Supreme Court"); *cf.* Order, *United States v. Pettengill*, No. 10-2024 (1st Cir. Sept. 12, 2013) (granting motion to hold briefing in abeyance pending Supreme Court decision in two cases where petitions for certiorari were pending).

It is expected that the Supreme Court's decision in *ABC v. Aereo* will be dispositive of the primary copyright infringement claim at issue in this appeal. Further, although the only claim before the Supreme Court is Hearst's public performance claim, the remaining matters at issue in this appeal are inextricably bound up with the public performance claim. Accordingly, consideration of the remaining issues in isolation would be wasteful and inefficient. Once the Supreme Court has resolved the primary issue on appeal, the parties can brief the remaining issues more efficiently and with more clarity.

WHEREFORE, the parties respectfully request that this Court enter a stay of all further proceedings before this Court until the Supreme Court renders its decision in *ABC v. Aereo*, with the agreement by the parties that neither party may argue that staying the appeal has any effect on the issue of irreparable harm.

Dated: January 22, 2014
　　　　　　　　　　　　　　　　　　　　　　　　/s/ David C. Frederick
　　　　　　　　　　　　　　　　　　　　　　　David C. Frederick (Bar No. 82497)
　　　　　　　　　　　　　　　　　　　　　　　Aaron M. Panner (Bar No. 122574)
　　　　　　　　　　　　　　　　　　　　　　　Caitlin S. Hall (Bar No. 1154176)
　　　　　　　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 326-7900
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 326-7999
　　　　　　　　　　　　　　　　　　　　　　　Email: dfrederick@khhte.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　apanner@khhte.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　chall@khhte.com

FISH & RICHARDSON P.C.
Christopher Dillon (Bar No. 76305)
R. David Hosp (Bar No. 69830)
Mark S. Puzella (Bar No. 104302)
Sheryl Koval Garko (Bar No. 1160812)
One Marina Park Drive
Boston, MA 02210
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906
Email: dillon@fr.com
       hosp@fr.com
       puzella@fr.com
       garko@fr.com

Elizabeth E. Brenckman (Bar No. 1160943)
601 Lexington Avenue, Floor 52
New York, NY 10022
Telephone:  (212) 765-5070
Facsimile:  (212) 258-2291
Email: brenckman@fr.com

*Attorneys for Defendant Aereo, Inc.*


  */s/  James D. Smeallie_____
HOLLAND & KNIGHT LLP
James D. Smeallie (Bar No. 60563)
Joshua C. Krumholz (Bar No. 25262)
Brian G. Leary (Bar No. 1160939)
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850
Email: jd.smeallie@hklaw.com
       joshua.krumholz@hklaw.com
       brian.leary@hklaw.com

*Attorneys for Plaintiff Hearst Stations Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of January 2014, this document was filed through the Electronic Case Filing system and that copies will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

>     */s/ David C. Frederick*
> David C. Frederick